**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 15-55000-MAR |
| HENRY CLAY DRAKE, | JUDGE MARK A RANDON |
| Debtor. | |
| _____/ | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee objects to debtor counsel's failure to submit a Payment Order within 14 days after filing the Chapter 13 Petition in compliance with E. D. Mich. LBR 1007-1(c). Trustee requires the debtor to immediately provide the documents necessary to effectuate the same.

2. Trustee requires a copy of debtor's Judgment of Divorce.

3. The Trustee requests an amendment of debtor's Schedule I to reflect debtor's new employment pursuant to debtor's testimony at the § 341 First Meeting of Creditors.

4. Trustee requests all available pay stubs in order to verify debtor's new income. Trustee requires the pay stubs to be received by the Trustee immediately.

5. Trustee requires verification of debtor's charitable contributions.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

> OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
> Krispen S. Carroll, Chapter 13 Trustee

December 18, 2015          /s/ Margaret Conti Schmidt
> KRISPEN S. CARROLL (P49817)
> MARGARET CONTI SCHMIDT (P42945)
> MARIA GOTSIS (P67107)
> 719 Griswold Street
> Suite 1100
> Detroit, MI 48226
> (313) 962-5035
> notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 15-55000-MAR
HENRY CLAY DRAKE,  JUDGE MARK A RANDON
Debtor.
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

FREGO AND ASSOCIATES
23843 JOY ROAD
DEARBORN HEIGHTS, MI  48127-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

HENRY CLAY DRAKE
850 MILLER RD
LAKE ORION, MI  48362-0000


December 23, 2015   /s/ Barbara A. Ecclestone
 Barbara A. Ecclestone
 For the Office of the Chapter 13 Trustee-Detroit
 719 Griswold Street
 Suite 1100
 Detroit, MI  48226
 (313) 962-5035
 notice@det13ksc.com